# Order

**Michigan Supreme Court**
**Lansing, Michigan**

June 26, 2007

133453

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
       Plaintiff-Appellee,

v

                                   SC: 133453
                                   COA: 266364
                                   Wayne CC: 05-006452-01

ERNEST LEE BROCKMAN, JR.,
       Defendant-Appellant.

_____/

      On order of the Court, the application for leave to appeal the February 6, 2007 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

June 26, 2007                                 _____
                                               Clerk

l0618